**950**

William Clifford BARTLEY, Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 90SC263.

Supreme Court of Colorado,
En Banc.

Oct. 22, 1990.

Petition for Writ of Certiorari GRANT-
ED.

VOLLACK, J., does not participate.